# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JUAN CARLOS ORTEGA-VALENCIA, <br><br> Defendant. | CASE NO. CR17-5122BHS <br><br> ORDER |

This matter comes before the Court on Defendant's Motion and Affidavit to Continue Pretrial Motions Cutoff and Trial Date. The Court, having considered the unopposed motion and affidavit of defense counsel and the Defendant's speedy trial waiver, makes the following findings of fact and conclusions of law:

1. Defense counsel for Mr. Ortega-Valencia was appointed on September 14, 2017, and received discovery on September 18, 2017. Additional time is needed to review the discovery, to meet with Mr. Ortega-Valencia and to draft any potential pretrial motions.

2. The defense needs additional time to explore all relevant issues and defenses applicable to the case, which would make it unreasonable to expect adequate preparation

for pretrial proceedings or for trial itself within the time limits established by the Speedy Trial Act and currently set for this case. 18 U.S.C. § 3161(h)(7)(B)(ii).

3. Taking into account the exercise of due diligence, a continuance is necessary to allow the defense the reasonable time for effective preparation and to ensure continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv).

4. Proceeding to trial absent adequate time for the defense to prepare would result in a miscarriage of justice. 18 U.S.C. §3161(h)(7)(B)(i).

5. The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

6. Defendant waived speedy trial through January 31, 2018.

NOW, THEREFORE, IT IS HEREBY ORDERED that the trial date is continued from October 3, 2017, to December 12, 2017, at 9:00 a.m. The resulting period of delay from September 20, 2017, to December 12, 2017, is hereby excluded for speedy trial purposes under 18 U.S.C. § 3161(h)(7)(A) and (B).

Pretrial motions are due no later than November 2, 2017. Pretrial Conference is set for December 4, 2017 9:00 a.m.

Dated this 22nd day of September, 2017.

BENJAMIN H. SETTLE
United States District Judge